**UNITED STATES, Appellee,**

v.

**Morris L. BURSTON, Private, U. S. Army, Appellant.**

**No. 30,156.**

U. S. Court of Military Appeals.

July 11, 1975.

UNITED STATES, Appellee,

v.

**Joseph S. GARCIA, Airman Basic, U. S. Air Force, Appellant.**

No. 30,183.

U. S. Court of Military Appeals.

July 11, 1975.

*Colonel Victor A. DeFiori, Captain Barry J. Wendt,* and *Captain John R. Osgood* were on the pleadings for Appellant, Accused.

*Captain Joel M. Martel* and *Captain Allan A. Toomey* were on the pleadings for Appellee, United States.

## OPINION OF THE COURT

### PER CURIAM:

The accused's conviction for possession of heroin is marred by the failure of the staff judge advocate's post-trial review to cover the defense of entrapment that was raised by the evidence presented at trial. This omission causes the review to be incomplete on an essential issue and, therefore, unacceptable. *United States v. Cruse,* 21 U.S.C. M.A. 286, 45 C.M.R. 60 (1972); *United States v. Hooper,* 9 U.S.C.M.A. 637, 26 C.M.R. 417 (1958).

The record is returned to the Judge Advocate General of the Army for submission to the Court of Military Review. That court can disapprove the finding of guilty of possessing heroin and reassess the sentence on the remaining charge or order a new post-trial review and action by the convening authority.